```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>McMULLEN'S HEATING & AIR CONDITIONING, a California corporation<br>              Defendant. | NO.  C 07 1036 EMC<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

        IT IS ORDERED that the Case Management Conference in this case set for May 30, 2007 be continued to August 22, 2007 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: May 29, 2007

_____
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE