ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,

Plaintiffs,

vs.

McMULLEN'S HEATING, etc.,

Defendant.

NO. C 07 1036 EMC

REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT WITH SUMMONS & COMPLAINT; ORDER

Plaintiffs request an extension of time to serve defendant with the summons and complaint in this action for the following reasons:

1. The defendant is McMullen's Heating & Air Conditioning, a California corporation. The business address which plaintiffs had was a bad address and the process server was unable to serve the documents after 14 attempts.

2. Plaintiffs have recently located a possible home address for the company's agent for service Kenneth McMullen and the process server is attempting to make service at this address. The server says he has never gotten a response at this home address but continues to try at different times.

3. Plaintiffs respectfully request an additional extension of time to September 15, 2007 to effect service.

4. With this request plaintiffs is separately submitting an Ex Parte Application to continue the Case Management Conference set in this case for August 22, 2007.

Dated: August 14, 2007

ERSKINE & TULLEY

By: /s/ Michael J. Carroll
Michael J. Carroll
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: August 15, 2007

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen