1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


   BOARD OF TRUSTEES OF THE SHEET    )   NO.  C 07 1036 EMC
   METAL WORKERS, et al.,            )
                                     )   ORDER TO CONTINUE CASE
                     Plaintiffs,     )   MANAGEMENT CONFERENCE
                                     )
            vs.                      )
                                     )
   McMULLEN'S HEATING & AIR          )
   CONDITIONING, a California        )
   corporation                       )
                     Defendant.      )
   _____)

          IT IS ORDERED that the Case Management Conference in this
   case set for August 22, 2007 be continued to ~~September 26, 200~~7 [October 24, 2007] at
   1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San
   Francisco, CA.  A joint CMC Statement shall be filed by October 17, 2007.

   Dated: __August 15, 2007_____        _____
                                          Honorable Edward M. Chen

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE